UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | Civil Action No. 21-02376 (APM) |

## ORDER

Upon consideration of the Parties' Joint Motion to Establish Briefing Schedule, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendants will file their opposition to plaintiffs' application for preliminary injunction by October 18, 2021; plaintiffs will file their reply in support of their application for preliminary injunction by November 19, 2021; and defendants' response to the complaint is HELD IN ABEYANCE pending the Court's ruling on plaintiffs' application for a preliminary injunction.

**SO ORDERED**.

Dated: _____   _____
THE HONORABLE AMIT P. MEHTA
Judge, United States District Court
    for the District of Columbia