UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.*,<br><br>**Defendants.** | Civil Action No. 21-02376 (APM) |

## DEFENDANTS' NOTICE OF LEGISLATION

Defendants provide notice of the attached emergency legislation passed by the Council of the District of Columbia and signed by the Mayor. *See* Exhibit A (Bill 24-505, the "Ghost Gun Clarification Emergency Amendment Act of 2021").[1] It will be valid for 90 days.[2]

Among other things, the legislation clarifies the current definition of "ghost gun" to ensure that only undetectable or untraceable firearms are captured within it, and that excepted from the definition and the District's prohibition on manufacture, are "self-manufactured firearms, made solely for personal use, that have unique serial numbers and are lawfully registered."[3]

---

[1] Information on Council legislation and voting may be found on the Council's website, *https://dccouncil.us/legislation/* (Dec. 14, 2021). Temporary and permanent versions of the "ghost gun" legislation are pending before the Council. *See* https://lims.dccouncil.us/ (search "ghost gun").

[2] The Council may enact "emergency" legislation on an expedited basis, which is not subject to a period of congressional review. *See United States v. Alston*, 580 A.2d 587, 590 (D.C. 1990). Emergency acts are effective immediately upon signature of the Mayor for a maximum of 90 days. *Id.*; D.C. Code § 1-204.12(a).

[3] *See* Introduction, *https://lims.dccouncil.us/downloads/LIMS/48251/Introduction/B24-0505-Introduction.pdf* (Dec. 14, 2021).

| | |
|---|---|
| Dated: December 14, 2021. | Respectfully submitted,<br><br>KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General<br><br>*/s/ Andrew J. Saindon*<br>ANDREW J. SAINDON [456987]<br>Senior Assistant Attorney General<br>RICHARD P. SOBIECKI [500163]<br>Assistant Attorney General<br>Equity Section<br>400 Sixth Street, N.W.<br>Suite 10100<br>Washington, D.C. 20001<br>(202) 724-6643; (202) 805-7512<br>(202) 730-1470 (fax)<br>andy.saindon@dc.gov<br>richard.sobiecki@dc.gov<br><br>*Counsel for Defendants* |