UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | Civil Action No. 21-02376 (APM) |

## JOINT MOTION TO STAY LITIGATION

Plaintiffs Dick Anthony Heller, Andrew Hanson, and Elby Godwin, and defendants the District of Columbia and Robert Conti, Chief of the Metropolitan Police Department (collectively, the Parties), jointly move to stay this litigation until February 11, 2022.

The Parties are discussing settlement and need additional time to pursue a potential resolution that would avoid further litigation. Accordingly, the Parties request that the Court stay this matter until February 11, 2022, and that the Parties submit a joint status report by February 14, 2022. A memorandum of points and authorities and the text of a proposed order are attached.

Dated: January 6, 2022.

 */s/ George L. Lyon, Jr.*
Matthew J. Bergstrom (D.C. Bar No. 989706)
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Rd, Suite 1100
Fairfax, VA. 22033

1929 Biltmore Street NW
Washington, DC 20009
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

*Counsel for Plaintiffs*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

/s/ *Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
RICHARD P. SOBIECKI [500163]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W.
Suite 10100
Washington, D.C. 20001
(202) 724-6643; (202) 805-7512
(202) 730-1470 (fax)
andy.saindon@dc.gov
richard.sobiecki@dc.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | Civil Action No. 21-02376 (APM) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF JOINT MOTION TO STAY LITIGATION**

In support of the Parties' Joint Motion to Stay Litigation (Motion), the Parties submit the following:

1. Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2. LCvR 84.4;

3. The existence of good cause, as described in the Motion; and

4. The inherent equitable powers of the Court.

The Parties seek a stay until February 11, 2022, and a deadline of February 14, 2022, to submit a joint status report for good cause. The requested stay will allow the Parties to continue to discuss a settlement that would avoid further litigation. Accordingly, the Parties request that the Court grant the Joint Motion and enter the attached proposed order.

Dated: January 6, 2022.

*/s/ George L. Lyon, Jr.*
Matthew J. Bergstrom (D.C. Bar No. 989706)
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Rd, Suite 1100
Fairfax, VA. 22033

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

<div style="display:flex">
<div>

1929 Biltmore Street NW
Washington, DC 20009
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

*Counsel for Plaintiffs*

</div>
<div>

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
RICHARD P. SOBIECKI [500163]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W.
Suite 10100
Washington, D.C. 20001
(202) 724-6643; (202) 805-7512
(202) 730-1470 (fax)
andy.saindon@dc.gov
richard.sobiecki@dc.gov

*Counsel for Defendants*

</div>
</div>