UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>        Defendants. | Civil Action No. 21-02376 (APM) |

## ORDER

Upon consideration of the Parties' Joint Motion for Stay of Litigation (Motion) and the entire record, it is this _____ day of _____ 2022, ORDERED that:

1)    The Motion is GRANTED;

2)    This matter is stayed until February 11, 2022; and

3)    The Parties shall file a joint status report no later than February 14, 2022.

SO ORDERED.

                _____
                THE HONORABLE AMIT P. MEHTA
                Judge, United States District Court
                  for the District of Columbia