UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>v.<br>**THE DISTRICT OF COLUMBIA,** *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 21-02376 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's Order [13] dated January 6, 2022, the Parties submit this joint status report.

The Parties have reached a settlement in principle. The Parties seek a few additional days to finalize an agreement and have it signed by the Parties or their representatives.

Accordingly, the Parties request an extension of the Court's Order staying this case to February 25, 2022. The Parties propose that they submit a further joint status report on February 25, 2022, advising the Court if a further extension is necessary.

Dated:  February 14, 2022　　　　　　　　Respectfully submitted,

/s/ *George L. Lyon, Jr.*　　　　　　　　KARL A. RACINE
Matthew J. Bergstrom (D.C. Bar No. 989706)　Attorney General for the District of
George L. Lyon, Jr. (D.C. Bar No. 388678)　　Columbia
Arsenal Attorneys
4000 Legato Rd, Suite 1100　　　　　　　CHAD COPELAND
Fairfax, VA. 22033　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Civil Litigation Division
1929 Biltmore Street NW
Washington, DC 20009　　　　　　　　　/s/ *Fernando Amarillas*
202-669-0442, fax 202-483-9267　　　　　FERNANDO AMARILLAS [974858]
gll@arsenalattorneys.com　　　　　　　　Assistant Deputy Attorney General

*Counsel for Plaintiffs*

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
RICHARD P. SOBIECKI [500163]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W.
Suite 10100
Washington, D.C. 20001
(202) 724-6643; (202) 805-7512
(202) 730-1470 (fax)
andy.saindon@dc.gov
richard.sobiecki@dc.gov

*Counsel for Defendants*