UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER**, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>**THE DISTRICT OF COLUMBIA**, *et al.*,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 21-02376 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 15, 2022, the Parties submit this joint status report to inform the Court that a settlement has been reached. Once the terms of the Parties' agreement have been met, which they anticipate will occur within 60 days, the Parties will proceed to dismiss this matter with prejudice.

Accordingly, the Parties request that this matter be held in abeyance for an additional 60 days, or until a stipulation of dismissal is filed.

Dated: February 25, 2022.　　　　　　　　　Respectfully submitted,

*/s/ George L. Lyon, Jr.*　　　　　　　　　　KARL A. RACINE
Matthew J. Bergstrom (D.C. Bar No. 989706)　Attorney General for the District of
George L. Lyon, Jr. (D.C. Bar No. 388678)　　Columbia
Arsenal Attorneys
4000 Legato Rd, Suite 1100　　　　　　　　　CHAD COPELAND
Fairfax, VA. 22033　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　Civil Litigation Division
1929 Biltmore Street NW
Washington, DC 20009　　　　　　　　　　　*/s/ Fernando Amarillas*
202-669-0442, fax 202-483-9267　　　　　　　FERNANDO AMARILLAS [974858]
gll@arsenalattorneys.com　　　　　　　　　　Assistant Deputy Attorney General

*Counsel for Plaintiffs*　　　　　　　　　　　*/s/ Andrew J. Saindon*
　　　　　　　　　　　　　　　　　　　　　　ANDREW J. SAINDON [456987]
　　　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General

RICHARD P. SOBIECKI [500163]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W.
Suite 10100
Washington, D.C. 20001
(202) 724-6643; (202) 805-7512
(202) 730-1470 (fax)
andy.saindon@dc.gov
richard.sobiecki@dc.gov

*Counsel for Defendants*