UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 21-02376 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 28, 2022, the Parties submit this joint status report to inform the Court that they anticipate the terms of their settlement will be met within the next 10 days, at which point the Parties will file a stipulation of dismissal with prejudice.

Dated: April 26, 2022.                                                                 Respectfully submitted,

/s/ *George L. Lyon, Jr.*                                                              KARL A. RACINE
Matthew J. Bergstrom (D.C. Bar No. 989706)         Attorney General for the District of
George L. Lyon, Jr. (D.C. Bar No. 388678)               Columbia
Arsenal Attorneys
4000 Legato Rd, Suite 1100                                         CHAD COPELAND
Fairfax, VA. 22033                                                          Deputy Attorney General
                                                                                         Civil Litigation Division
1929 Biltmore Street NW
Washington, DC 20009                                                /s/ *Fernando Amarillas*
202-669-0442, fax 202-483-9267                              FERNANDO AMARILLAS [974858]
gll@arsenalattorneys.com                                          Assistant Deputy Attorney General

*Counsel for Plaintiffs*                                                 /s/ *Andrew J. Saindon*
                                                                                         ANDREW J. SAINDON [456987]
                                                                                         Senior Assistant Attorney General
                                                                                         RICHARD P. SOBIECKI [500163]
                                                                                         Assistant Attorney General
                                                                                         Equity Section
                                                                                         400 Sixth Street, N.W.
                                                                                         Suite 10100
                                                                                         Washington, D.C. 20001
                                                                                         (202) 724-6643; (202) 805-7512


(202) 730-1470 (fax)
andy.saindon@dc.gov
richard.sobiecki@dc.gov

*Counsel for Defendants*

2