# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DICK ANTHONY HELLER,** *et al.*, <br><br> **Plaintiffs,** <br> v. <br><br> **THE DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | Civil Action No. 21-02376 (APM) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs voluntarily dismiss their claims in this matter with prejudice. Defendants consent and stipulate to plaintiffs' dismissal.

Dated: May 10, 2022.

Respectfully submitted,

<u>/s/ George L. Lyon, Jr.</u>
Matthew J. Bergstrom (D.C. Bar No. 989706)
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Rd, Suite 1100
Fairfax, VA. 22033

1929 Biltmore Street NW
Washington, DC 20009
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

*Counsel for Plaintiffs*

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

<u>/s/ Fernando Amarillas</u>
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

<u>/s/ Andrew J. Saindon</u>
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
RICHARD P. SOBIECKI [500163]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W.
Suite 10100
Washington, D.C. 20001
(202) 724-6643; (202) 805-7512
(202) 730-1470 (fax)
andy.saindon@dc.gov
richard.sobiecki@dc.gov

*Counsel for Defendants*